WETHERSFIELD FEDERATION OF TEACHERS *v.*
BOARD OF EDUCATION OF THE TOWN OF
WETHERSFIELD
(AC 19755)

Landau, Pellegrino and Dupont, Js.

Argued November 1—officially released November 21, 2000

Per Curiam. The judgment is affirmed.

HALYNA GOODENOW *v.* ROBERT GOODENOW
(AC 19839)

Foti, Landau and Pellegrino, Js.

Submitted on briefs November 2—officially released November 21, 2000

Per Curiam. The judgment is affirmed.